UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNEZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JESSE BARKER,<br><br>                              Defendant. | 25 CIVIL 2619 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 1, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 7, 2025
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                              Chief United States District Judge